FILED
APR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, et al. and ON BEHALF OF OUR DAUGHTER LATRICE TIA STEVENSON<br><br>Plaintiffs<br><br>v.<br><br>LESLEE B. MCREA<br><br>and<br><br>GEICO INSURANCE COMPANY<br><br>Defendants | CASE NUMBER 1:06CV00642<br>JUDGE: Colleen Kollar-Kotelly<br>DECK TYPE: Personal Injury/Malpractice<br>DATE STAMP: 04/07/2006 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, Defendant Leslee B. McRea files this notice of removal to this Court of a civil action filed in the Superior Court for the District of Columbia. In support of this notice, Defendant states as follows:

1. Leslee B. McRea is a defendant in the action captioned *Troy L. Stevenson, et al, and on behalf of Our Daughter, Latrice Tia Stevenson's v. Leslee McRea and GEICO Insurance Company,* Civil Action No. 06-0001924 in the Superior Court for the District of Columbia.

2. The complaint was filed on March 9, 2006. Defendant McRea was served on March 21, 2006. Defendant GEICO has not yet been served, but joins in this Notice of Removal.

3. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. §1332. This is so because:

    (a)    According to the Complaint, the Plaintiffs are residents of the District of Columbia.

    (b)    Defendant Leslee McRea resides in the State of Maryland.

1

(c) Defendant GEICO is a corporation incorporated under the laws of the State of Maryland with its principal place of business in the State of Maryland.

(d) The amount in controversy exceeds $75,000, exclusive of interest and costs, inasmuch as Plaintiffs seek $5 million in damages.

4. The one year limitation on removal of diversity actions imposed by 28 U.S.C. §1446(b) does not prevent removal since this action was commenced less than one year ago.

5. This Notice of Removal is being filed within thirty (30) days of defendants' receipt of plaintiffs' initial pleading in accordance with the provisions of 28 U.S.C., §1446(b).

6. In light of the above, this is a civil action that defendants can remove pursuant to 28 U.S.C., §1441.

7. Pursuant to the rules of this Court, Defendant has submitted a filing fee of $250.

8. In accordance with 28 U.S.C. §1446(a), attached hereto are true and legible copies of Writ of Summons, Complaint, Initial Order, and Answer which consist of all process, pleadings, papers, and orders served on defendant in this action.

9. All named defendants in this case join in and consent to this removal.

WHEREFORE, defendant Leslee McRea provides notice that the above-captioned action has been removed to this Court for further proceedings.

Respectfully submitted,

_____
James S. Wilson, DC Bar #231191
James M. Brault, DC Bar #413657
Brault-Graham, LLC
101 South Washington Street
Rockville, MD 20850
(301) 424-1060
**Attorneys for Defendant Leslee B. McRea**

Defendant GEICO INSURANCE COMPANY, by its undersigned counsel, joins in this Notice of Removal and consents to the removal of this action.

_____
Francis J. Ford, DC Bar No. ~~44086~~ 13276 /jmb
7700 Old Georgetown Road, Ste. 520
Bethesda, Maryland 20814-6227
(301) 279-2000
**Attorney for GEICO Insurance Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2006, a copy of the foregoing was mailed, postage prepaid, to:

Troy L. Stevenson
1140 North Capitol Street, N.W., #815
Washington, DC 20002

_____
James M. Brault

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

TROY L STEVENSON ET AL

*Plaintiff*

Civil Action No. 05-0001924

vs.

LESLEE MCREA ET AL-
1308 PEACHTREE CT
BOWIE MD 20721

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Clerk of the Court

TROY L STEVENSON
Name of Plaintiff's Attorney

1140 North Capitol St NW #815
Address
WASH, DC 20002

(202) 408-5498
Telephone

By _____
Deputy Clerk

Date _____

06 0642

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

**FILED**
APR - 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (624-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

## CIVIL DIVISION

X TROY L STEVENSON ET. AL. AND ON BEHALF OF OUR DAUGHTER LATRICE TIA STEVENSON'S
X 1140 NORTH CAPITOL ST NW #815    ESTATE
WASHINGTON D.C. 20002

Plaintiff                06-0001924

vs.                      Civil Action No. _____

LESLIE MCREA            GEICO INSURANCE  RECEIVED
1308 PEACHTREE CT AND   5260 WESTERN  Civil Clerk's Office
BOWIE, MD. 20721        WASHINGTON D  MAR 09 2006
                        Superior Court of the
                        District of Columbia
            Defendants  Washington, D.C.

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

ON MARCH 5TH 2005 AT APPROXIMATELY 10:30 PM, WHILE DRIVING HER FORD EXPLORER VEHICLE EAST BOUND IN THE 1500 BLOCK OF BENNING ROAD NE MS LESLIE MCREA HIT MY DAUGHTER LATRICE TIA STEVENSON WHILE SHE WAS CROSSING FROM THE SOUTH TO THE NOR SIDE OF BENNING RD AFTER LATRICE TIA STEVENSON HAD PASSED 3 CLEAR LANES, THE PASSENGER SIDE OF LESLIE MCREA'S VEHICLE, THE MIDDLE OF LESLIE MCREA'S VEHICLE AND THE DIRECT LINE OF SIGHT OF MS LESLIE MCREA'S VEHICLE MS LESLIE MCREA CONTINUED DRIVING AND WAS LATER STOPPED BY WITNESSES WHO SAW THE VEHICLE LEAVING. NEGLIGENCE, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS DC§12-101

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 5,000,000
only with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, ss

Troy L. Stevenson, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____
(Plaintiff)                                 Agent

Subscribed and sworn to before me this ____ day of March 20 06

_____
(Notary Public/Deputy Clerk)

FORM CV-1012/Nov 00

around 1:50 AM March 9, 2005 in Washington DC. The undisputable facts are that: Latrice Stevenson was running across the street, demonstrating that she tried to extricate herself from the dangerous situation but, was unable to do so. The driver Ms Leslee McRea by exercising do care should have been aware of Latrice Stevenson when Latrice was in the first clear lane, second clear lane, third clear lane, on the drivers passenger side of the vehicle, the middle of the vehicle, or in the direct line of sight of the driver. With that amount of time, space, and opportunity the driver could have ¹slowed down, ²stopped, ³swirve to avoid the accident, the driver was in a superior position because she was driving a 5,000 pound vehicle that could move faster or, slower, step on the brakes or use the power steering to swirve the car left or right, because there were not any other vehicles on either side of Ms Leslee McRea. With so many options that Ms Leslee McRea had she chose to not stop immediately after an accident like the law requires but, was stopped by witnesses. Ms Leslee McRea is insured under GEICO



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

TROY L STEVENSON
Vs.
LESLEE B MCREA

C.A. No.   2006 CA 001924 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A. GOODEN-TERRELL
Date: March 9, 2006
Initial Conference: 9:15 am, Friday, March 24, 2006
Location: Courtroom 219
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

TROY L. STEVENSON, et al. and ON
BEHALF OF OUR DAUGHTER
LATRICE TIA STEVENSON

    Plaintiffs

v.

LESLEE B. MCREA

and

GEICO INSURANCE COMPANY

    Defendants

Case No. 2006CA001924B
The Honorable Mary A. Gooden-Terrell
Initial Conference: 3/24/06 - 9:15 am

## ANSWER

Defendant Leslee B. McRea, by her undersigned counsel, answers the complaint as follows:

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

This defendant generally denies liability to the plaintiff.

### THIRD DEFENSE

Answering the specifically enumerated paragraphs to the Complaint, this defendant denies all allegations contained in paragraph 1 of the Complaint. There are no other paragraphs in the Complaint. To the extent the Complaint was intended to set forth multiple paragraphs, then this defendant denies all allegations in all paragraphs contained in the Complaint and demands strict proof thereof.

### FOURTH DEFENSE

Plaintiffs' claims are barred by contributory negligence.

### FIFTH DEFENSE

Plaintiffs' claims are barred by assumption of the risk.

### SIXTH DEFENSE

The Complaint fails to include all necessary parties.

### SEVENTH DEFENSE

Some or all of plaintiffs' claims are barred by the applicable statutes of limitation.

### EIGHTH DEFENSE

This defendant reserves the right to rely on any defense which may be raised, discovered or otherwise asserted during the course of these proceedings.

WHEREFORE, having fully answered the Complaint, it is respectfully requested that it be dismissed with prejudice.

Respectfully submitted,

James S. Wilson, DC Bar #231191
James M. Brault, DC Bar #413657
Brault Graham, LLC
101 South Washington Street
Rockville, MD 20850
(301) 424-1060

**Attorneys for Defendant Leslee B. McRea**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of April, 2006, a copy of the foregoing was mailed, postage prepaid, to:

    Troy L. Stevenson
    1140 North Capitol Street, N.W., #815
    Washington, DC 20002

and caused to be delivered to the depository a copy of same designated for Judge Mary A. Gooden-Terrell.

_____
James M. Brault