UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TROY LAMONT STEVENSON AND,
DARLENE MIDDLETON AS PERSONAL REPRESENTATVES,
AND *THE ESTATE OF LATRICE TIA STEVENSON.*

CIVIL ACTION # 06 0642 .C.K K

VS

LESLEE B MCREA AND G.E.I.C0
DEFENDANTS

**RECEIVED**

APR 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR COURT APPOINTED COUNCIL

*I RESPECTFULLY REQUEST COURT APPOINTED COUNCIL BECAUSE, I AM NOT WORKING,*

*I AM ON DISABILITY FOR BLINDNESS AND, I TRIED BUT COULD NOT FIND ANYONE WHO*

*WOULD TAKE MY CASE LEAVING ME UNREPRESENTED BECAUSE OF POVERTY*

CERTIFICATE OF SERVICE

I will Mail A Copy To James Stephen Wilson
Brault, Graham, Scott & Brault, LLC
101 South Washington Street
Rockville MD 20850   Attorney for Leslee McRea
And
Frances John Ford
7700 old Georgetown Road suit 520
Bethesda MD 20814   Attorney for GEICO

*Troy L Stevenson*
TROY LAMONT STEVENSON
11 40 NORTH CAPITOL STREET NW #815
WASHINGTON DC 20002-7570
(202) 408-5498