# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

APR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TROY LAMONT STEVENSON AND,
DARLENE MIDDLETON AS PERSONAL REPRESENTATVES,
AND *THE ESTATE OF LATRICE TIA  STEVENSON.*

*PLAINTIFFS*

*CIVIL ACTION # 06  0642  C K.K*

*VS*

LESLEE B MCREA  AND G.E.I.C0
DEFENDANTS

## *MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS*

*I RESPECTFULLY REQUEST AN ENLARGEMENT OF TIME UNDER F R CV P 6(b) 1,*

*I AM AN INDIGENT PRO SE LITIGANT UNREPRESENTED IN NEED OF TIME*

*TO OBTAIN COURT APPOINTED COUNSEL TO ASSIST ME IN THIS OPPOSITION TO*

*DEFENDANT'S MOTION TO DISMISS.*

## CERTIFICATE OF SERVICE

*I WILL MAIL A COPY TO*
*JAMES STEPHEN WILSON*
*BRAULT, GRAHAM, SCOTT & BRAULT, LLC*
*101 SOUTH WASHINGTON STREET*
*ROCKVILLE, MARYLAND 20850*

*ATTORNEYS FOR DEFENDANT*

*Troy Lamont Stevenson*

*TROY LAMONT STEVENSON*
*11 40 NORTH CAPITOL STREET NW #815*
*WASHINGTON DC 20002-7570*
*(202) 408-5498*