UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TROY LAMONT STEVENSON AND,
DARLENE MIDDLETON AS PERSONAL REPRESENTATVES, TIARA LATISHA STEVENSON
AND *THE ESTATE OF LATRICE TIA STEVENSON.*
1140 NORTH CAPITOL STEET NW #815.            CIVIL ACTION # 06 0642 J.C.K.K
WASHINGTON DC 20002-7570/
900 VARNEY STREET SE #3
WASHINGTON DC 20032
PLAINTIFFS
VS

**RECEIVED**

APR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DINA BLUHM AND G.E.I.CO
5260 WESTERN AVENUE NW
WAHINGTON DC 20076
DEFENDANTS

## AMENDED COMMPLAINT

ON OR ABOUT MARCH 16, 2005, I TELEPHONED G.E.I.CO INSURANCE EXAMINER DINA BLUHM IN RESPONSE TO A LETTER I RECEIVED FROM HER CONCERNING AN INSURANCE POLICY HELD BY LESLEE B MCREA. IN THAT TELEPHONE CONVERSATION WE DISCUSSED WHAT G.E.I.CO'S SETTLEMENT OFFER WAS IN THE WRONGFUL DEATH OF MY DAUGHTER LATRICE TIA STEVENSON. WE TALKED ON MY CORDLESS PANASONIC TELEPHONE THAT HAS A BROKEN HANDSET SO, WE HAD TO TALK ON THE SPEAKER PHONE, MY OTHER DAUGHTER TIARA LATISHA STEVENSON WAS PRESENT AT THE TIME.

IN HER OFFICIAL CAPACITY MISS DINA BLUHM INFORMED ME THAT G.E.I.CO WAS PREPARED TO PAY 2,500 DOLLARS ON A POLICY HELD BY LESLEE B MCREA, FOR BURIAL OF MY DAUGHTER LATRICE TIA STEVENSON, UNDERSTANDING THAT MARYLAND HAS A $100,000 DOLLAR BODILY INJURY MINIMUM, I SUSPECT THAT MISS DINA BLUHM WAS NOT OPPERATING IN GOOD FAITH SO I ASKED MISS BLUHM WAS THAT ALL? AND HER REPLY TO ME WAS "WHAT DO YOU THINK WE SHOULD PAY WHEN YOUR DAUGHTER

*"JUMPED" IN FRONT OF OUR INSURED'S VEHICLE"? I PAUSED IN SHOCK FOR A MOMENT AND TOLD MISS BLUHM THAT WAS RIDICULOUS, MISS DINA BLUHM INFORMED ME THAT SHE HAD THE PICTURES,*

*MY DAUGHTER TIARA REPLIED THAT IS "SUICIDE"AND RAN INTO THE BATHROOM CRYING. MISS DINA BLUHM TOLD ME THAT THE INVESTIGATION WAS STILL GOING ON AND I SLAMMED THE PHONE DOWN TO CONSUL MY DAUGHTER.*

*THIS HAS CAUSED EXTREME EMOTIONAL DISTRESS IN BOTH MY DAUGHTER AND MYSELF. AS A RESULT I HAVE NOT BEEN ABLE TO SLEEP AT NIGHT BECAUSE I HAVE NIGHTMARES ABOUT MY DAUGHTER'S UNTIMELY DEATH. MY LOSS OF APPETITE HAS CAUSED ME TO LOSS 12 POUNDS I AM ALSO UNABLE TO ENJOY CERTAIN KINDS OF MOVIES OR TELEVISION SHOWS.*

*MY DAUGHTER TIARA HAS REALLY BEEN UNABLE TO FUNCTION AS WELL. I ENROLLED HER IN MCKINNLEY TECHNOLOGY HIGH SCHOOL WHERE SHE PERFORMED WELL IN THE BEGINNING BUT, SINCE THE ACCIDENT, SHE HAS BECOME SO TURN APART THAT SHE COULD NOT DO HER SCHOOL WORK AND BEGAN TO GET INTO TROUBLE AT SHOOL. HER GRADES AND PERFORMANCE DROPPED TO THE POINT THAT THE SCHOOL WROTE ME A LETTER INFORMING ME THAT TIARA STRUGGLED SO BADLY THAT THEY WERE NOT ALLOWING HER TO COME BACK. THIS IS PARTICULARLY DAMAGING BECAUSE LATRICE WAS PREPARING TO GO TO COLLEGE TO START A NEW FAMILY TRADITION STARTING WITH US BECAUSE I WAS THE FIRST PERSON IN OUR ENTIRE GENERATION TO FINISH COLLEGE AND SHE WANTED TO DO THE SAME.*

*MISS DINA BLUHM WAS NOT MY DAUGHTER'S PSYCHOLOGICAL THERAPIST. SO SHE HAD NOT RIGHT TO SUGGEST THAT MY DAUGHTER WANTED TO END HER LIFE.*

*MISS DINA BLUM DID NOT INVESTIGATE THE ACCIDENT SCENE SO SHE CAN NOT CLAIM TO HAVE ANY SPECIAL INSIGHT INTO THE PROBABILITY THAT IT IS MORE LIKELY THAN NOT THAT MY DAUGHTER "JUMPED" IN FRONT OF A VEHICLE AS APPOSED TO THE DRIVER NOT EXERCISING DUE CARE.*

*MISS DINA BLUHM HAD KNOWLEDGE THAT THE CAUSE OF DEATH WAS RULED AN ACCIDENT BY THE MEDICAL EXAMINER.*

*MISS DINA BLUM HAD KNOWLEDGE THAT MY DAUGHTER WAS RUNNING ACROSS THE STREET AS INDICATED BY THE POLICE REPORT AND NOT "JUMPING" IN FRONT OF VEHICLES.*

*IT IS THESE REASONS THAT SUGGEST THAT MISS DINA BLUHM'S COMMENTS WERE UNWARRANTABLE, UNFOUNDED, REPREHENSIBLE, SHOCKING, AND DISTURBING GIVEN THE CIRCUMSTANCES AND TIMING. HER COMMENTS WERE TO INTENTIONALY INFLICT EMOTIONAL DISTRESS AND TO SETTLE A CLAIM FOR AS LITTLE AS POSSIBLE TO PROTECT HER PRINCIPAL'S INTEREST*

1 THE DEFENDANT IS AN AGENT OF G.E.I.CO A CORPORATION.

2 G.E.I.CO DOES BUSINESS IN THE DISTRICT OF COLUMBIA THROUGH IT'S AGENTS

3 G.E.I.CO LIST ITS BUSINESS ADDRESS AS ONE GEICO PLAZA WASHINGTON DC 20076-0001.

4 THE DEFENDANT WAS COMMISSIONED BY G.E.I.CO TO INITIATE CONTACT WITH PLAINTIFF REGARDING AN INSURANCE POLICY

5 PLAINTIFF'S DAUGHTER WAS KILLED BY GEICO's INSURED

6 GOOD FAITH IS A REQUIREMENT OF A LIABILITY INSURER.

7 DEFENDANT ACTING IN HER OFFICIAL CAPACITY MAKES FALSE CLAIMS OF POLICY LIMITS

8 DEFENDANT NEGLIGENTLY  INTENTIONALY INFLICTS EMOTIONAL DISTRESS THROUGH FALSE CLAIMS TO PLAINTIFF THAT DECEASED ENDED OWN LIFE.

9 PLAINTIFF PROVIDED LOVING, SAFE, AND SECURE HOME WITH GUIDANCE AND PROTECTION FOR HIS DAUGHTERS AS A RESULT OF DEFENDANT'S NEGLIGENCE PLAINTIFFS SUFFERED LOSS OF WEIGHT, APPITITE, SLEEP, AND FUNCTIONALITY AND WERE DEVISTATED BY COMMENTS MADE BY DEFENDANT THAT DAUGHTER AND SISTER COMMITTED SUICIDE

WHEREFOR, PLAINTIFF DEMANDS JUDGEMENT AGAINST THE DEFENDANTS IN THE AMOUNTS OF 1,000,000.

JURY TRIAL DEMANDED.

*Troy Lamont Stevenson*
**TROY LAMONT STEVENSON**
**11 40 NORTH CAPITOL STREET NW #815**
**WASHINGTON DC 20002-7570**
**(202) 408-5498**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

TROY L STEVENSON AND ESTATE OF LATRICE STEVENSON
1140 NORTH CAPITOL ST NW #515
WASHINGTON DC 20002

*Plaintiff*

RECEIVED
Civil Clerk's Office
MAR 0 9 2006
Superior Court of the
District of Columbia
Washington, D.C.

FILED
CIVIL ACTIONS BRANCH
MAR 0 9 2006
Superior Court of Columbia
of the District of Columbia
Washington, D.C.

CIVIL ACTION No. [            ]

DINA BLUHM
GEICO INSURANCE COMPANY
5260 WESTER AVE NW
WASHINGTON DC 20076

*Defendants*

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

ON MARCH 16 2005 AROUND 10:30 AM I TELEPHONED GEICO INSURANCE EMPLOYEE DINA BLUHM TO DISCUSS THE POLICY OF LESLEE MEREA, and WHAT GEICO'S OFFER WAS FOR THE WRONGFUL DEATH OF MY DAUGHTER LATRICE TIA STEVENSON. MY TELEPHONE IS A CORDLESS PANASONIC THE HANDSET DID NOT WORK SO WE TALK ON THE SPEAKER PHONE, MY OTHER DAUGHTER TIARA STEVENS WAS PRESENT AT THE TIME. MS DINA BLUHM INFORMED ME THAT GEICO WAS PREPARED TO SETTLE FOR 2,500, FOR BURIAL, I ASKED DINA BLUHM WAS THAT ALL? AND HER REPLY TO ME WAS "WHAT DO YOU EXPECT US TO PAY WHEN YOUR DAUGHTER "JUMPED" IN FRONT OF OUR INSURED VEHICLE" I PAUSED IN SHOCK FOR A MOMENT AND TOLD DINA BLUHM THAT, THAT WAS RIDICULOUS.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 1,000,000 with interest and costs.

Phone:

**DISTRICT OF COLUMBIA, SS**

Troy Stevenson being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____
(Plaintiff                                    Agent)

Subscribed and sworn to before me this ____ day of March 2006

_____
(Notary Public/Deputy Clerk)

FORM CV(6) 1013 May 84
A 3203 wd-290

had the pictures [illegible] Bluhm said the investigation is still going on I slammed down the phone to consul my daughter. This has caused extreme emotional distress in both my daughter and myself. Replied that is suicide and ran into the [illegible] saying as a result I have not been able to sleep right because I have nightmare about my daughter's death, my loss of appetite has caused me to loss 12 pounds, I am unable to enjoy certain kinds of movies or television shows. My daughter as really been unable to function as well, I enrolled her in McKinney Technology chool prior to the accident since then she became so turn apart that she ould not do her school work and began to get into trouble at school, her rades and performance dropped to the point the school wrote me a letter forming me that Tiara struggled so badly that were not allowing her to come bac his intentional and negligent infliction of emotional distress particularly damaging ecause I am college educated and my daughter had an unmatched desire to go o college and help us establish a new family tradition and be successful, and it was o disturbing for a parent to hear their child ended their own life