UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, et al. and ON BEHALF OF OUR DAUGHTER LATRICE TIA STEVENSON | : : : : |
| Plaintiffs | : : |
| v. | : Case No. 06-cv-00642 : |
| LESLEE B. MCREA | : : |
| and | : : |
| GEICO INSURANCE COMPANY | : : |
| Defendants | : |

## JOINT REPORT

Pursuant to Rule 16.3, the parties have conferred and submit the following report:

1. Plaintiff has advised that he intends to voluntarily dismiss GEICO as a defendant. Plaintiff's intent is to name GEICO as a defendant in the related case against Dina Bluhm.

2. Plaintiff advised that the Amended Complaint that was filed in this action was intended to be filed in the related action against Dina Bluhm. Thus, the operative complaint in this action is the original complaint.

3. The parties agree that the case could benefit from the Court's Alternative Dispute procedures, and are agreeable to ADR at the present time without waiting for discovery to commence.

4. The parties do not dispense with the initial disclosures required by Rule 26(a)(1).

5. The parties agree that any new parties shall be named within forty-five (45) days of the initial Scheduling Conference.

6. The parties did not agree on a discovery schedule. Plaintiff proposed the following dates:

| | |
|---|---|
| 7/6/06 | Plaintiffs' Expert Disclosures |
| 9/6/06 | Defendants' Expert Disclosures |
| 10/6/06 | Discovery Closed |

Defendant proposed the following dates:

| | |
|---|---|
| 8/4/06 | Plaintiffs' Expert Disclosures |
| 10/4/06 | Defendants' Experts Disclosures |
| 11/4/06 | Discovery Closed |

7. The parties are in agreement that the pretrial conference should be held 30 days after the close of discovery or such other time as the Court deems appropriate to allow for the filing of pretrial orders in advance of the pretrial conference.

        /s/
James S. Wilson, DC Bar #231191
James M. Brault, DC Bar #413657
Brault Graham, LLC
101 South Washington Street
Rockville, MD 20850
(301) 424-1060

**Attorneys for Defendant Leslee B. McRea**

        /s/
Troy L. Stevenson
1140 North Capitol Street, N.W., #815
Washington, DC 20002
(202) 408-5498
**Plaintiff Pro Se**

>                    /s/
> Francis J. Ford, #13276
> 7700 Old Georgetown Road, Ste. 520
> Bethesda, Maryland 20814-6227
> (301) 279-2000
> **Attorney for GEICO Insurance Company**