UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-0642 (PLF) |
| LESLEE MCREA and ) GEICO INSURANCE COMPANY, ) | |
| Defendants. ) | |

ORDER

The parties came before the Court on May 4, 2006 for a meet and confer status conference. Plaintiff Troy L. Stevenson, proceeding *pro se*, also brings suit in a separate action, Civil Action Number 06-0632, against Dina Bluhm, an employee of GEICO Insurance Company. An amended complaint was filed in this case on April 24, 2006. According to Mr. Stevenson, he intended to file that amended complaint in the Civil Action Number 06-0632 case against Ms. McRea and GEICO, and only mistakenly filed it in the instant action. Mr. Stevenson further indicated that he intends to dismiss GEICO as a defendant in this suit. The Court, therefore, will strike the amended complaint from this suit and consider it as having been filed in the 06-0632 case.

Defendant McRea's counsel raised with the Court the issue that the current caption of the instant case reads as "Troy L. Stevenson and Estate of Latrice Tia Stevenson." Because defense counsel has reason to believe that Mr. Stevenson has a co-personal representative to Latrice Tia Stevenson's estate, he believes that both personal representatives

must be listed. The caption of the 06-0632 amended complaint reads "Troy Lamont Stevenson and, Darlene Middleton as Personal Representatives, Tiara Latisha Stevenson and the Estate of Latrice Tia Stevenson." Defendant Bluhm's counsel raised the issue at the status conference that the plaintiffs listed in the amended complaint were appropriate to this action, involving a wrongful death suit, and not the 06-632 action, which involves a phone call that only Mr. Stevenson and Tiara Stevenson were part of. Mr. Stevenson agreed to this.

Plaintiff has filed a motion to appoint counsel in the 06-0642 case that is currently under consideration by the Court pending the plaintiff submitting a financial affidavit in support of his motion. The Court will consider it as having been filed in both cases and consider whether Mr. Stevenson should be represented for purposes of both cases. Based on the parties representations at the meet and confer status conference, it is hereby

ORDERED that the plaintiff's amended complaint [Docket No. 6] shall be stricken from the docket of this case as having been mistakenly filed; it is

FURTHER ORDERED that defendant GEICO Insurance Company is dismissed as a defendant by consent of the plaintiff; it is

FURTHER ORDERED that Darlene Middleton is added as a plaintiff to this case in her capacity as Co-Personal Representative of the Estate of Latrice Tia Stevenson; it is

FURTHER ORDERED that plaintiffs' response to any motions filed by the defendant is stayed pending further order of this Court; and it is

      FURTHER ORDERED that a status conference is set for June 19, 2006 at 9:30 a.m.

      SO ORDERED

                                                   /s/
                                 PAUL L. FRIEDMAN
                               United States District Judge

DATE: May 8, 2006