**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TROY L. STEVENSON, *et al.*,<br><br>                                      Plaintiffs,<br><br>- vs -<br><br>DINA BLUHM AND G.E.I.C.O.,<br><br>                                      Defendants. | **Consolidated Cases**<br><br>Civil Action No.:<br>06-632 (PLF) |
| TROY L. STEVENSON, *et al.*, ON BEHALF<br>OF OUR DAUGHTER LATRICE TIA STEVENSON,<br><br>                                      Plaintiffs,<br><br>- vs -<br><br>LESLEE B. MCREA,<br><br>                                      Defendant. | Civil Action No.:<br>06-642 (PLF) |

**SCHEDULING ORDER IN CIVIL ACTION NO. 06-642**

Upon consideration of the parties' Joint Rule 16.3 Report for Civil Action No. 06-642, submitted on July 12, 2006, it is hereby **ORDERED** this ___ day of _____, 2006, that the following Scheduling Order shall govern this case:

1.     Any new parties shall be named within forty-five (45) days of the date of entry of this Scheduling Order.

2.     This matter shall be referred to mediation before the Hon. John M. Facciola as soon as Judge Facciola's schedule allows. The parties have agreed to voluntarily exchange information to facilitate mediation efforts.

3.     Discovery is stayed pending prompt mediation of this case, other than discovery

10041982.2

from third-parties, which may proceed pending mediation. If mediation is unsuccessful, discovery will proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. Discovery will close seven (7) months after a determination is made that mediation has failed. If the parties encounter delays in third-party discovery and an extension of the discovery cut-off becomes necessary, the parties will promptly advise the Court of this fact and seek a modification of this Scheduling Order.

5. The initial disclosures of Rule 26(a)(1) are not dispensed with. If mediation is unsuccessful, these initial disclosures be made ten (10) days after a determination is made that mediation has failed.

6. The requirements of Fed.R.Civ.P. 26(a)(2) should not be modified. Expert witness disclosure will proceed as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures | 60 days after a determination is made that mediation has failed. |
| Defendant's Expert Disclosures | 60 days after the due date of Plaintiffs' Expert Disclosures. |

Depositions of experts shall occur following production of the expert witness reports.

7. A pretrial conference will be held 45 days after the close of discovery or such other time as the Court deems appropriate to allow for the filing of pretrial orders in advance of the pretrial conference.

8. The Court will set a firm trial date at the pretrial conference.

9. The defendant reserves the right to move to bifurcate the trial on the issues of liability and damages.

**SO ORDERED.**

10041982.2

- 3 -

                                                                                                 _____
PAUL L. FRIEDMAN
United States District Judge

<u>Copies to:</u>

Leslie Paul Machado, Esq.
John W. Bramlette, Esq.
NIXON PEABODY LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004

James S. Wilson, Esq.
James M. Brault, Esq.
BRAULT GRAHAM LLC
101 S. Washington Street
Rockville, MD  20850

- 3 -