UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TROY L. STEVENSON, et al., on behalf of the estate of Latrice Tia Stevenson, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0642 (PLF) |
| LESLEE MCREA, | ) ) ) | |
| Defendant. | ) ) | |

ORDER OF REFERRAL

The parties have submitted a Local Civil Rule 16.3 Report indicating that the case would benefit from settlement discussions with Magistrate Judge John M. Facciola. Accordingly, it is hereby

ORDERED that this matter is referred to Magistrate Judge John M. Facciola for settlement discussions, beginning July 18, 2006; discussions shall conclude on or before September 30, 2006. The parties will contact Magistrate Judge Facciola's chambers to schedule a settlement conference.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 18, 2006