UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TROY L. STEVENSON, et al. and ON :
BEHALF OF OUR DAUGHTER
LATRICE TIA STEVENSON :

        Plaintiffs :

v. : Case No. 06-cv-00642 (PLF)

LESLEE B. MCRAE :

        Defendant :

## JOINT MOTION TO APPROVE SETTLEMENT

The parties to the above action, *Troy L. Stevenson, et al. v. Leslee B. McRae,* Case No. 06-642 (PLF), jointly move this Court to approve their settlement of the above matter. As support for this motion, the parties refer the Court to their Memorandum in support of this Motion.

Respectfully submitted,

_____  _____
Leslie P. Machado                James S. Wilson, DC Bar #231191
Nixon Peabody, LLP               James M. Brault, DC Bar #413657
401 9th Street, N.W.             Brault Graham, LLC
Suite 900                        101 South Washington Street
Washington, D.C. 20004           Rockville, MD 20850
(202) 585-8000                   (301) 424-1060
**Attorney for Plaintiffs**      **Attorneys for Defendant Leslee B. McRea**