UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TROY L. STEVENSON, et al. and ON : \
BEHALF OF OUR DAUGHTER : \
LATRICE TIA STEVENSON :
: \
        Plaintiffs : \
:
v.     :   Case No. 06-cv-00642 (PLF) \
:
LESLEE B. MCRAE : \
:
        Defendant :

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO APPROVE SETTLEMENT

The parties jointly submit this Memorandum in support of their Motion requesting that the Court approve their settlement.

This action arises out of a motor vehicle accident that occurred on March 8, 2005. The decedent, Latrice Tia Stevenson, was a pedestrian on Benning Road, N.E., when she was struck by a motor vehicle operated by Defendant Leslee B. McRae. The accident occurred at night. According to the police report, the decedent was wearing dark clothing and was not in a crosswalk. The decedent was 17 years old. Defendant McRae has denied and continues to deny liability for the accident.

Plaintiffs are Troy L. Stevenson and Darlene Middleton, both individually and as co-personal representatives of the Estate of Latrice Tia Stevenson. Mr. Stevenson and Ms. Middleton are the father and mother of the decedent.

At the time of the accident, defendant McRae, a Maryland resident, was insured by GEICO General Insurance Company under an automobile insurance policy with the

minimum liability limits allowable under Maryland law of $20,000. Since the accident occurred in the District of Columbia, the policy limit is automatically increased to $25,000 (the minimum amount of motor vehicle liability insurance required in the District of Columbia). Ms. McRae has no other liability insurance available to her that would provide coverage for this accident.

This case was mediated before Magistrate Judge Facciola. Following the mediation, the parties agreed to settle the case for the available coverage of $25,000, which avoids the risk, time and expense of further litigation. The $25,000 is the most Plaintiffs would have received in insurance proceeds had they prevailed at trial.

WHEREFORE, the parties jointly request that this Court enter an order approving the settlement.

Respectfully submitted,

_____
Leslie P. Machado
Nixon Peabody, LLP
401 9th Street, N.W.
Suite 900
Washington, D.C. 20004
(202) 585-8000
**Attorney for Plaintiffs**

_____
James S. Wilson, DC Bar #231191
James M. Brault, DC Bar #413657
Brault Graham, LLC
101 South Washington Street
Rockville, MD 20850
(301) 424-1060
**Attorneys for Defendant Leslee B. McRae**