UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY L. STEVENSON, et al. and ON BEHALF OF OUR DAUGHTER LATRICE TIA STEVENSON<br><br>      Plaintiffs<br><br>v.<br><br>LESLEE B. MCRAE<br><br>      Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No. 06-cv-00642 (PLF)<br>:<br>:<br>:<br>:<br>: |

**ORDER**

The Court, having considered the Joint Motion to Approve Settlement, hereby:

1.  Finds the settlement to be a fair and reasonable resolution of Plaintiffs' claims against Defendant Leslee B. McRae and approves the settlement; and

2.  Orders that this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this ____ day of _____, 2006.

_____
JUDGE, United States District Court
for the District of Columbia